UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAEQWON S. MOTON,

    Plaintiff,

v.                                                                  Case No. 5:24-cv-136-MCR/MJF

CAPTAIN JONES, et al.,

    Defendants.
_____/

# O R D E R

The Magistrate Judge issued a Report and Recommendation dated November 13, 2024. ECF No. 9. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely objections.

Having considered the Report and Recommendation and the record, the undersigned has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this order.

2. The case is **DISMISSED without prejudice**.

3. The Clerk is directed to close the file.

**DONE and ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**